DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES H. BATMASIAN** and **MARTA BATMASIAN,**
Appellants,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** as Trustee for
**STANWICH MORTGAGE LOAN TRUST A,**
Appellee.

No. 4D19-2884

[July 2, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Susan Lubitz, Judge; L.T. Case No. 502016CA004629XXXXMB.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, and Donald J. Thomas of CBR Law Group, LLLP, Boca Raton, for appellants.

Nancy M. Wallace of Akerman LLP, Tallahassee, William P. Heller of Akerman LLP, Fort Lauderdale, and Eric M. Levine of Akerman LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*[1]

WARNER, GROSS and GERBER, JJ., concur.

\* \* \*

---

[1] We are mindful of the issuance of Administrative Order SC20-23, Amendment 4 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended through June 30, 2020) and Executive Order 20-159 (extending, until 12:01 a.m. on August 1, 2020, Executive Order 20-94, which suspends and tolls any statute providing for a mortgage foreclosure cause of action under Florida law). We trust any motions directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.

*Not final until disposition of timely filed motion for rehearing.*